MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Brian J. Trebelhorn

Chapter 7 Case No. 08-43443

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 5 | 470.89 | 1.07 |

Dated: September ___, 2010

Randall L. Seaver, Trustee

RECEIVED 10 SEP 10 AM 9:31 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Trebelhorn\Unclaimed Dividends Distribution Less than $5.wpd